UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOLANDA JOHNSON,<br><br>    Defendant. | No. 2:17-cv-02001 MCE AC (PS)<br><br><br>ORDER |

    Plaintiff is proceeding in this action pro se. This matter was accordingly referred to the undersigned by E.D. Cal. 302(c)(21).

    Plaintiff has requested an extension of time to file her first amended complaint. ECF No. 4. Plaintiff does not indicate any clear justification for an extension of time. Id. However, in light of plaintiff's pro se status and the fact that this is her first request, the court will grant plaintiff an additional 14 days to file her amended complaint. However, plaintiff is cautioned that failure to timely file an amended complaint on or before Friday, November 17, 2017 may result in dismissal of this case for failure to prosecute. Any future requests for extension of any deadline must be supported by a statement of what steps plaintiff has taken to meet the deadline, and what circumstances require additional time.

////

1

Finding good cause, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint on or before Friday, November 17, 2017.

DATED: November 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE