UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUDMYLA IEGOROVA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOLANDA JOHNSON,<br><br>　　　　　　Defendant. | No. 2:17-cv-02001 MCE AC (PS)<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On October 3, 2017, the court dismissed the complaint, and granted plaintiff 30 days to file an amended complaint. ECF No. 4. On November 1, 2017, plaintiff filed a motion for extension of time to file an amended complaint. ECF No. 4. The motion was granted, and plaintiff was ordered to file an amended complaint on or before November 17, 2017. ECF No. 5. Plaintiff was cautioned that failure to do so could lead to a recommendation that the action be dismissed for failure to prosecute. Id. at 1. Plaintiff did file an amended complaint by the deadline.

Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

1

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 20, 2017.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE